AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| American Securities Association<br><br>*Plaintiff(s)*<br>v.<br>U.S. Securities and Exchange Commission<br><br>*Defendant(s)* | Civil Action No. 8:24-cv-01377-SDM-SPF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Securities and Exchange Commission
100 F Street NE,
Washington, DC 20549

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Michael Connolly
Consovoy McCarthy PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*BetsyDavis*

Date: June 6, 2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:24-cv-01377-SDM-SPF

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by <u>Fed. R. Civ. P. 4</u> (l))*

This summons for *(name of individual and title, if any)* U.S. Securities and Exchange Commission
was received by me on *(date)* 6/6/24.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I mailed the complaint and summons to the U.S. Securities and Exchange Commission, via certified mail. The attached mailing receipt and delivery notice confirm that these items were mailed on June 6, 2024, and delivered on June 7, 2024.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 6/13/24

/s/ Harrison Chen
*Server's signature*

Harrison Chen
*Printed name and title*

Consovoy McCarthy PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
*Server's address*

Additional information regarding attempted service, etc:

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20549 **OFFICIAL USE**

| | |
|---|---|
| Certified Mail Fee | $4.40 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $9.85 |
| Total Postage and Fees | $17.90 |

Postmark Here — 0139 15 — ROSSLYN POST OFFICE, ARLINGTON, VA — JUN 06 2024 — 06/06/2024

Sent To: U.S. Securities and Exchange Commission
Street and Apt. No., or PO Box No.: 100 F Street NE
City, State, ZIP+4®: Washington, DC 20549

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7020 0090 0000 8728 7777

```
                1550 WILSON BLVD STE 100
                ARLINGTON...
                     (800)275-7777

06/06/2024                              03:03 PM
-------------------------------------------------
Product              Qty   Unit        Price
                           Price
-------------------------------------------------

Priority Mail®        1                 $9.85
Flat Rate Env
    Washington, DC 20549
    Flat Rate
    Expected Delivery Date
        Sat 06/08/2024
    Insurance                           $0.00
        Up to $100.00 included
    Certified Mail®                     $4.40
        Tracking #:
            70200090000187227777
    Return Receipt                      $3.65
        Tracking #:
            9590 9402 5888 0049 3412 04
Total                                  $17.90

Priority Mail®        1                 $9.85
Flat Rate Env
    Washington, DC 20530
    Flat Rate
    Expected Delivery Date
        Sat 06/08/2024
    Insurance                           $0.00
        Up to $100.00 included
    Certified Mail®                     $4.40
        Tracking #:
            70200090000187227784
    Return Receipt                      $3.65
        Tracking #:
            9590 9402 5888 0049 3411 98
Total                                  $17.90

Priority Mail®        1                 $9.85
Flat Rate Env
    Tampa, FL 33602
    Flat Rate
    Expected Delivery Date
        Sat 06/08/2024
    Insurance                           $0.00
        Up to $100.00 included
    Certified Mail®                     $4.40
        Tracking #:
            70200090000187227791
    Return Receipt                      $3.65
        Tracking #:
            9590 9402 5888 0049 3411 81
Total                                  $17.90

-------------------------------------------------
Grand Total:                           $53.70
-------------------------------------------------

Credit Card Remit                      $53.70
    Card Name: AMEX
    Account #: XXXXXXXXXXXX1269
    Approval #: 807368
```

# USPS Tracking®

FAQs >

Remove X

**Tracking Number:**

## 70200090000187227777

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 9:17 am on June 7, 2024 in WASHINGTON, DC 20549.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, Left with Individual**
WASHINGTON, DC 20549
June 7, 2024, 9:17 am

**Arrived at Post Office**
WASHINGTON, DC 20018
June 7, 2024, 7:01 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
June 7, 2024, 2:11 am

**Arrived at USPS Regional Facility**
WASHINGTON DC NETWORK DISTRIBUTION CENTER
June 6, 2024, 10:52 pm

**Departed Post Office**
ARLINGTON, VA 22209
June 6, 2024, 5:30 pm

**USPS in possession of item**

Feedback

ARLINGTON, VA 22209
June 6, 2024, 2:58 pm

• **Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |

| USPS Tracking Plus® | ⌄ |

| Product Information | ⌃ |

| Postal Product: | Features: | See tracking for related item: |
| Priority Mail® | Certified Mail™ | 9590940258880049341204 |
| | Up to $100 insurance included. Restrictions Apply ⓘ | (/go/TrackConfirmAction?tLabels=9590940258880049341204) |

See Less ⌃

**Track Another Package**

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| American Securities Association<br><br>*Plaintiff(s)*<br>v.<br>U.S. Securities and Exchange Commission<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 8:24-cv-01377-SDM-SPF<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Securities and Exchange Commission
100 F Street NE,
Washington, DC 20549


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Michael Connolly
Consovoy McCarthy PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

BetsyDavis

Date:  June 6, 2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 8:24-cv-01377-SDM-SPF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Merrick Garland, Attorney General of the United States
was received by me on *(date)* 6/6/24.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I mailed the complaint and summons to Merrick Garland, Attorney General of the United States, via certified mail. The attached mailing receipt and delivery notice confirm that these items were mailed on June 6, 2024, and delivered on June 10, 2024.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 6/13/24

/s/ Harrison Chen
*Server's signature*

Harrison Chen
*Printed name and title*

Consovoy McCarthy PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
*Server's address*

Additional information regarding attempted service, etc:

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
**Domestic Mail Only**

For delivery information, visit our website at www.usps.com®.

Washington, DC 20530   OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.40 |
| $ | $3.65 |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)        $ $0.00
- ☐ Return Receipt (electronic)      $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required         $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage  $9.85

Total Postage and Fees  $17.90

Postmark Here: ARLINGTON, VA USPS 0139 15 / ROSSLYN POST OFFICE / JUN 06 2024 / 06/06/2024

Sent To: Merrick Garland, Attorney General of the United States
Street and Apt. No., or PO Box No.: 950 Pennsylvania Avenue NW
City, State, ZIP+4®: Washington, DC 20530

Tracking: 7020 0640 0001 8722 7784

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

```
                1550 WILSON BLVD STE 100
                   ARLINGTON
                    (800)275-8777

06/06/2024                              03:03 PM
----------------------------------------------------
Product              Qty    Unit         Price
                            Price
----------------------------------------------------

Priority Mail®        1                  $9.85
Flat Rate Env
    Washington, DC 20549
    Flat Rate
    Expected Delivery Date
       Sat 06/08/2024
    Insurance                            $0.00
       Up to $100.00 included
    Certified Mail®                      $4.40
       Tracking #:
          70200090000187227777
    Return Receipt                       $3.65
       Tracking #:
          9590 9402 5888 0049 3412 04
Total                                   $17.90

Priority Mail®        1                  $9.85
Flat Rate Env
    Washington, DC 20530
    Flat Rate
    Expected Delivery Date
       Sat 06/08/2024
    Insurance                            $0.00
       Up to $100.00 included
    Certified Mail®                      $4.40
       Tracking #:
          70200090000187227784
    Return Receipt                       $3.65
       Tracking #:
          9590 9402 5888 0049 3411 98
Total                                   $17.90

Priority Mail®        1                  $9.85
Flat Rate Env
    Tampa, FL 33602
    Flat Rate
    Expected Delivery Date
       Sat 06/08/2024
    Insurance                            $0.00
       Up to $100.00 included
    Certified Mail®                      $4.40
       Tracking #:
          70200090000187227791
    Return Receipt                       $3.65
       Tracking #:
          9590 9402 5888 0049 3411 81
Total                                   $17.90

----------------------------------------------------
Grand Total:                            $53.70
----------------------------------------------------

Credit Card Remit                       $53.70
    Card Name: AMEX
    Account #: XXXXXXXXXXXX1269
    Approval #: 807368
```

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70200090000187227784

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 5:01 am on June 10, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

    USPS Tracking Plus®

● **Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
June 10, 2024, 5:01 am

● **Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
June 7, 2024, 11:47 am

● **Arrived at Post Office**
WASHINGTON, DC 20018
June 7, 2024, 9:21 am

● **Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
June 7, 2024, 3:34 am

● **Departed USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
June 7, 2024, 3:01 am

● **Departed USPS Regional Facility**

Feedback

WASHINGTON DC DISTRIBUTION CENTER
June 7, 2024, 2:36 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
June 7, 2024, 2:16 am

**Arrived at USPS Regional Facility**
WASHINGTON DC NETWORK DISTRIBUTION CENTER
June 6, 2024, 10:54 pm

**Departed Post Office**
ARLINGTON, VA 22209
June 6, 2024, 5:30 pm

**USPS in possession of item**
ARLINGTON, VA 22209
June 6, 2024, 2:59 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌃

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail™ | 9590940258880049341198 (/go/TrackConfirmAction?tLabels=9590940258880049341198) |
|  | Up to $100 insurance included. Restrictions Apply ⓘ |  |

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**