AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| American Securities Association<br><br>*Plaintiff(s)*<br>v.<br>U.S. Securities and Exchange Commission<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 8:24-cv-01377-SDM-SPF<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Securities and Exchange Commission
100 F Street NE,
Washington, DC 20549

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Michael Connolly
Consovoy McCarthy PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

BetsyDavis

Date: June 6, 2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 8:24-cv-01377-SDM-SPF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Civil-Process Clerk, US Attorney's Office, M.D. Fla.
was received by me on *(date)* 6/6/24.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I mailed the complaint and summons to the Civil-Process Clerk, United States Attorney's Office for the Middle District of Florida via certified mail. My first attempt (USPS tracking no. 70200090000187227791) was not delivered successfully. The attached mailing receipt and delivery notice confirm that these items were mailed again on June 14, 2024 and delivered on June 17, 2024.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 6/17/24

/s/ Harrison Chen
*Server's signature*

Harrison Chen
*Printed name and title*

Consovoy McCarthy PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Jacksonville, FL 32202    OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.40 |
| $ | $3.65 |

0139
15

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)   $ $0.00
- ☐ Return Receipt (electronic)  $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required     $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage  $9.85

Postmark Here
06/14/2024
ARLINGTON VA 22209
USPS

Total Postage and Fees
$17.90

Sent To: Civil Process Clerk U.S. Attorney's Office
Street and Apt. No., or PO Box No.: 300 N. Hogan Street Suite 700
City, State, ZIP+4®: Jacksonville, FL 32202

7020 0640 0001 8728 0173

PS Form 3800, April 2015



ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTH, SOUTHEAST, AND CENTRAL U.S. …

# USPS Tracking®

FAQs

Remove ✕

**Tracking Number:**

# 70200090000187230173

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 10:58 am on June 17, 2024 in JACKSONVILLE, FL 32202.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

JACKSONVILLE, FL 32202
June 17, 2024, 10:58 am

### Arrived at Post Office

JACKSONVILLE, FL 32208
June 17, 2024, 6:46 am

### Out for Delivery

JACKSONVILLE, FL 32202
June 17, 2024, 6:10 am

### Arrived at USPS Regional Destination Facility

JACKSONVILLE FL NETWORK DISTRIBUTION CENTER
June 16, 2024, 12:30 am

### In Transit to Next Facility

June 15, 2024

Feedback

**Arrived at USPS Regional Origin Facility**
WASHINGTON DC NETWORK DISTRIBUTION CENTER
June 14, 2024, 10:05 pm

**Departed Post Office**
ARLINGTON, VA 22209
June 14, 2024, 5:38 pm

**USPS in possession of item**
ARLINGTON, VA 22209
June 14, 2024, 11:27 am

Hide Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates

USPS Tracking Plus®

Product Information

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail™ | 9590940258880049341334 |
| | Up to $100 insurance included. Restrictions Apply ⓘ | (/go/TrackConfirmAction?tLabels=9590940258880049341334) |

See Less

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTH, SOUTHEAST, AND CENTRAL U.S. …

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 70200090000187227791

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

We could not access the delivery location to deliver your package at 9:58 am on June 10, 2024 in TAMPA, FL 33602. We will redeliver on the next delivery day. No action needed.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

**Alert**
**No Access to Delivery Location**
TAMPA, FL 33602
June 10, 2024, 9:58 am

**Out for Delivery**
TAMPA, FL 33602
June 10, 2024, 6:24 am

**Arrived at Post Office**
TAMPA, FL 33605
June 10, 2024, 6:13 am

**Departed USPS Regional Facility**
YBOR CITY FL DISTRIBUTION CENTER
June 10, 2024, 3:44 am

**Arrived at USPS Regional Facility**
YBOR CITY FL DISTRIBUTION CENTER

Feedback

June 10, 2024, 2:50 am

**Departed USPS Facility**
TAMPA, FL 33611
June 10, 2024, 2:50 am

**Arrived at USPS Facility**
TAMPA, FL 33611
June 10, 2024, 2:12 am

**Departed USPS Regional Facility**
YBOR CITY FL DISTRIBUTION CENTER
June 10, 2024, 1:46 am

**Arrived at USPS Regional Destination Facility**
YBOR CITY FL DISTRIBUTION CENTER
June 8, 2024, 11:14 pm

**Arrived at USPS Regional Origin Facility**
WASHINGTON DC NETWORK DISTRIBUTION CENTER
June 6, 2024, 10:56 pm

**Departed Post Office**
ARLINGTON, VA 22209
June 6, 2024, 5:30 pm

**USPS in possession of item**
ARLINGTON, VA 22209
June 6, 2024, 3:01 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail™ Up to $100 insurance included. Restrictions Apply ⓘ | 9590940258880049341181 (/go/TrackConfirmAction?tLabels=9590940258880049341181) |

**See Less ∧**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**